

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2016

No. 04-14-00897-CV

**IN THE ESTATE OF WILLIAM THOMAS BOOTH**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2786
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered the appellant's motion for en banc reconsideration, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court